UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MURRAY ALEXANDER,                              :

                                                    :    ORDER
               Plaintiff,       09 Civ. 5057 (GWG)

                                                    :
    -v.-                                            :

UNIMAC GRAPHICS AND BIND-RITE-UNION  :
GRAPHICS, LLC,
               Defendants.   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff's motion for an extension of the discovery deadline (Docket # 17) is granted for the sole purpose of effectuating compliance with the subpoenas. The order quashing the subpoenas, dated January 6, 2010, is vacated.

      The Court has not considered any requests relating to discovery made in defendant's letter of January 18, 2010 as the letter does not comply with paragraph 2.A of this Court's Individual Practices.

      The deadline for the filing of pre-trial order materials or any summary judgment motion, originally set in the order of December 4, 2009, is adjourned to February 24, 2010.

      SO ORDERED.

Dated: February 3, 2010
       New York, New York

                                                                   _____
                                                                   GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge